UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL VALENCIA GALLEGOS, | Case No. 2:24-cv-02703-PA-SSC |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN FCI OAKDALE II, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for Petitioner's failure to prosecute and comply with court orders.

DATED: October 15, 2024

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE